

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00796-CV

Jane G. **GARCIA,**
Appellant

v.

Daniel Muniz **GARCIA,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLB001496-C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

The court reporter has filed a notification of late reporter's record, requesting an extension to February 21, 2020. We grant her request and order her to file the reporter's record by February 21, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court